

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

JOEL EUGENE MILLER, JR., §
§
    Petitioner, §
§
v. § 2:16-CV-107
§
LORIE DAVIS, Director, §
Texas Department of Criminal Justice, §
Correctional Institutions Division, §
§
    Respondent. §

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION, GRANTING RESPONDENT'S MOTION TO DISMISS, and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a federal writ of habeas corpus. On May 19, 2017, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that respondent's motion to dismiss be granted and that the instant habeas application be dismissed as time-barred. On June 7, 2017, petitioner filed objections to the Magistrate Judge's Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case, and has considered the objections made by petitioner to the Report and Recommendation. The objections filed by petitioner are without merit and are hereby OVERRULED. The Magistrate Judge's Report and Recommendation is ADOPTED. Accordingly, respondent's motion to dismiss is GRANTED and the petition for a writ of habeas corpus is DISMISSED.

IT IS SO ORDERED.

ENTERED this   **12th**   day of   **June**   2017.

                                                              **s/ Mary Lou Robinson**
                                                              MARY LOU ROBINSON
                                                              UNITED STATES DISTRICT JUDGE